UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| SCOTT L. PAINTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00145-RLY-TAB |
| | ) |
| BRACKETT HEATING & AIR CONDITIONING, INC., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Today, the court granted Defendant's Motion for Summary Judgment.

Accordingly, the court enters final judgment in favor of Defendant and against Plaintiff.

**SO ORDERED** this 17th day of June 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine Seufert, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.